# UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IQAR INC. F/K/A INVENTLY AUTOMOTIVE, INC., <br><br> Plaintiff(s), <br> vs. <br><br> TESLA, INC., <br><br> Defendant(s). | §§§§§§§§§§ | Civil Action No. <u>**1:23-CV-00694 DII**</u> |

## RETURN OF SERVICE

Came to my hand on **Thursday, June 22, 2023 at 7:06 PM,**
Executed at: **1999 BRYAN STREET. SUITE. 900, DALLAS, TEXAS 75201**
at **9:15 AM**, on **Friday, June 23, 2023,**
by delivering to the within named:

**TESLA INC.**

by delivering to its **Registered Agent, CT CORPORATION**
by personally delivering to its **Authorized Agent, TERRI THONGSAVAT**
a true copy of this

**SUMMONS IN A CIVIL ACTION and COMPLAINT FOR PATENT INFRINGEMENT with flash drive containing EXHIBITS 1 through 12 and CIVIL COVER SHEET**

having first endorsed thereon the date of the delivery.

BEFORE ME, the undersigned authority, on this day personally appeared Adil Tadli who after being duly sworn on oath states: "My name is Adil Tadli. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

By: _____
Adil Tadli - PSC 1206 - Exp 05/31/24
served@specialdelivery.com

Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this __23rd__ day of June, 2023.



_____
Notary Public in and for the State of Texas

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| IQAR INC. F/K/A INVENTLY AUTOMOTIVE, INC. <br><br> *Plaintiff(s)* <br> v. <br> TESLA, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23-cv-00694 DII |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Tesla, Inc.
　　　　　　　　　　　　　　　　　　c/o CT Corporation
　　　　　　　　　　　　　　　　　　1999 Bryan St., Ste. 900
　　　　　　　　　　　　　　　　　　Dallas, TX 75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark D. Siegmund
　　　　　　　　　　　　　　　　　　　　Cherry Johnson Siegmund James, PLLC
　　　　　　　　　　　　　　　　　　　　400 Austin Ave., 9th Floor
　　　　　　　　　　　　　　　　　　　　Waco, TX 76701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT, PHILIP J. DEVLIN

Date: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00694

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: